# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00437-CV

---

**The Texas Department of Transportation;
Marc D. Williams, in his Official Capacity as the Executive Director of the
Texas Department of Transportation; and Kyle Madsen, in his Official Capacity as
Director of Right of Way for the Texas Department of Transportation, Appellants**

**v.**

**John Gannon, Inc., Appellee**

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001981, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion, agreed to by Appellee, to dismiss this appeal, vacate the trial court's judgment, and dismiss the underlying suit. Appellants in the motion advise us that the underlying administrative action that is the subject of Appellee's suit and of the trial court's judgment has been repealed and replaced, rendering moot all issues raised in the suit and in this appeal. Because of this mootness, we dismiss this appeal, vacate the trial court's judgment, and dismiss the underlying suit. *See Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *Paxton v. Williamson County*, No. 03-23-00507-CV, 2024 WL 124414, at *1–3 (Tex. App.—Austin Jan. 11, 2024, no pet.) (mem. op.); *EKDE Grp., LLC v. Moscow*, No. 03-23-00759-CV, 2023 WL 8852371, at *1 (Tex. App.—Austin Dec. 22, 2023, no pet.) (mem. op.). The Clerk is to issue the mandate immediately, in accordance with the parties' agreement.

*See* Tex. R. App. P. 18.1(c); *Mometrix Media, LLC v. LCR Publ'g, LLC*, No. 03-17-00570-CV, 2020 WL 1526461, at *1 (Tex. App.—Austin Mar. 31, 2020, no pet.) (mem. op.).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Vacated and Dismissed on Appellants' Motion

Filed:   November 15, 2024